# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hurwitz, Andrew | United States Court of Appeals for the Ninth Circuit | 10/29/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Sandra Day O'Connor Courthouse
401 West Washington Street
Phoenix, Arizona 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank (Checking/Savings) | A | Interest | K | T | | | | | |
| 2. Real Estate Limited Partnership (Avondale Acres) Avondale,AZ | A | Distribution | K | W | | | | | |
| 3. (H) Trust #1 ComProp___ " | E | Int./Div. | N | T | | | | | |
| 4. -MORGAN STANLEY BANK N.A. (X) | | | | | | | | | |
| 5. -ASTON/MONTAG&CALDWELL GRW I | | | | | Sold | 05/16/12 | K | B | |
| 6. -BLSCKROCK MUNIYLD ARIZ FD INC | | | | | Buy | 06/05/12 | K | | |
| 7. -CENTER COAST MLP FOCUS I | | | | | Buy | 11/08/12 | K | | |
| 8. -DELAWARE DIVERSIFIED INC A | | | | | Sold | 05/15/12 | K | B | |
| 9. -DIGITAL REALTY TRUST INC | | | | | Buy | 11/08/12 | J | | |
| 10. -DOUBLELINE TOTAL RETURN I | | | | | Buy | 06/05/12 | J | | |
| 11. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 12. -DWS RREEF GLB INFRASTRC S (X) | | | | | Sold | 05/15/12 | J | A | |
| 13. -EATON VANCE TX ADV BD INTRM I (X) | | | | | Sold | 11/08/12 | K | B | |
| 14. -FEDERATED STRAT VAL DIV INST (X) | | | | | Sold | 05/16/12 | K | A | |
| 15. | | | | | Buy | 11/08/12 | K | | |
| 16. -FRANKLIN HI YIELD TX FR ADV | | | | | Sold (part) | 01/23/12 | J | A | |
| 17. -GUGGENHEIM DEFENSIVE EQUITY ET (X) | | | | | Sold | 05/16/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 11/08/12 | J | | |
| 19. -GUGGENHEIM MID-CAP CORE ETF | | | | | Buy | 11/08/12 | J | | |
| 20. -GUGGENHEIM OCEAN TOMO GROWTH FINAL LIQUIDATION (X) | | | | | Redeemed | 03/30/12 | K | C | |
| 21. -GUGGENHEIM S&P 500 PURE GRW | | | | | Buy | 11/08/12 | K | | |
| 22. -INVESCO SMALL COMPANIES Y (X) | | | | | Sold | 05/15/12 | J | A | |
| 23. -ISHARES FTSE NAREIT RESIDENT (X) | | | | | | | | | |
| 24. -ISHARE SILVER TRUST | | | | | Sold | 05/15/12 | J | A | |
| 25. -ISHARES IBOXX INVEST GR COR FD | | | | | Buy | 06/05/12 | L | | |
| 26. | | | | | Sold | 11/08/12 | K | B | |
| 27. -IVA INTERNATIONAL A | | | | | Sold | 01/23/12 | K | A | |
| 28. -JP MORGAN HIBRG DYN COMM STRT (X) | | | | | Sold | 05/15/12 | J | D | |
| 29. -LOOMIS SAYLES STRATEGIC INC | | | | | Sold | 05/16/12 | K | D | |
| 30. | | | | | Buy | 11/08/12 | K | | |
| 31. -MAINSTAY HIGH YIELD OPPORT A | | | | | Sold (part) | 03/14/12 | J | | |
| 32. | | | | | Sold | 05/15/12 | J | | |
| 33. -METROPOLITAN WEST TOT RET BD I | | | | | Sold (part) | 03/14/12 | J | A | |
| 34. | | | | | Buy (add'l) | 06/05/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/08/12 | K | B | |
| 36. -MKT VECTORS MTGE REIT INC ETF | | | | | Buy | 11/08/12 | J | | |
| 37. -PIMCO EMERGING MKTS BD P | | | | | Sold | 05/16/12 | J | A | |
| 38. -PIMCO TOTAL RETURN FUND A | | | | | | | | | |
| 39. -PRUDENTIAL JENNISON NAT RES Z | | | | | Sold | 01/23/12 | J | | |
| 40. -PRUDENTIAL TOTAL RETURN BD Z (X) | | | | | Sold (part) | 03/14/12 | J | | |
| 41. -ROYCE PREMIER SERVICE (X) | | | | | Sold | 05/15/12 | J | A | |
| 42. -SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Buy | 06/05/12 | K | | |
| 43. -SPDR GOLD TR GOLD SHS | | | | | Sold | 05/15/12 | J | C | |
| 44. | | | | | Buy | 06/05/12 | J | | |
| 45. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 46. -TCW EMERG MKTS INCOME I | | | | | Buy | 11/08/12 | K | | |
| 47. -TEMPLETON GLOBAL BD FD ADV | | | | | Sold (part) | 03/14/12 | J | A | |
| 48. | | | | | Sold | 05/16/12 | J | | |
| 49. -UBS E-TRACS ALERIAN MLP INFRASTRUCTURE ETN (X) | | | | | Sold | 05/15/12 | J | A | |
| 50. -VIRTUS INSIGHT EMERG MKTS I (X) | | | | | Sold | 05/15/12 | K | A | |
| 51. | | | | | Buy | 11/08/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -WESTERN ASSET MANAGED MUNI I (X) | | | | | Sold (part) | 11/08/12 | J | A | |
| 53. -ALLIANZ NFJ SMALL CAP VALUE P (Y) | | | | | | | | | |
| 54. -BLACKROCK GLOBAL ALLOCATION A (Y) | | | | | | | | | |
| 55. -FIRST TRUST ISE GBL COPPER FD (Y) | | | | | | | | | |
| 56. -HARTFORD FLOATING RATE I (Y) | | | | | | | | | |
| 57. -HARTFORD GLB REAL ASSET I (Y) | | | | | | | | | |
| 58. -IVY ASSET STRATEGY A (Y) | | | | | | | | | |
| 59. -LOOMIS SAYLES BOND RETAIL (Y) | | | | | | | | | |
| 60. -MARKET VECTORS AGRIBUS ETF (Y) | | | | | | | | | |
| 61. -OPPENHEIMER DEVELOPING MKTS A (Y) | | | | | | | | | |
| 62. -PARNASSUS EQUITY INC (Y) | | | | | | | | | |
| 63. -PIMCO UNCONSTRAINED BOND P (Y) | | | | | | | | | |
| 64. -POWERSHARES DB AGRICULTURE FD (Y) | | | | | | | | | |
| 65. -ROYCE 100 FUND SERV (Y) | | | | | | | | | |
| 66. -T ROWE PRICE EQI-INC ADV FUND (Y) | | | | | | | | | |
| 67. -THIRD AVE FOCUSED CREDIT INV (Y) | | | | | | | | | |
| 68. -THIRD AVE REAL ESTATE VAL INST (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -THORNBURG INTL VALUE I (Y) | | | | | | | | | |
| 70. -WISDOMTREE TR EMG MKTS SMCAP (Y) | | | | | | | | | |
| 71. "(H) TRUST #2 A S&S 151 Opened " | D | Int./Div. | N | T | | | | | |
| 72. -MORGAN STANLEY BANK N.A. (X) | | | | | | | | | |
| 73. -Aston/Montag&Caldwell Grw I (X) | | | | | Sold | 05/16/12 | J | A | |
| 74. -BlackRock Muni Yield Arizona Income Fund (MZA) | | | | | Buy | 06/08/12 | K | | |
| 75. -Center Coast MLP Focus Mutual Fund (CCCNX) | | | | | Buy | 11/08/12 | J | | |
| 76. -Delaware Diversified Inc A (DPDFX) (X) | | | | | Sold | 05/15/12 | J | A | |
| 77. -Doubleline Total Return Fund (DBLTX) | | | | | Buy | 06/05/12 | J | | |
| 78. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 79. -DWS Rreef Glb Infrastrc S (TOLSX) (X) | | | | | Sold | 05/15/12 | J | A | |
| 80. -Eaton Vance Tx Adv Bd Intrm (ETIIX) (X) | | | | | Sold | 11/08/12 | K | A | |
| 81. -Federated Strategic Value Divident (SVAIX) | | | | | Buy | 11/08/12 | K | | |
| 82. -Franklin Hi Yield Tx Fr Adv FHYVX (X) | | | | | Sold | 05/16/12 | J | A | |
| 83. -Guggenheim Defensive Equity ETF (DEF) (X) | | | | | Sold | 05/16/12 | J | A | |
| 84. | | | | | Buy | 11/08/12 | J | | |
| 85. -Guggenheim Mid-Cap Core ETF (CZA) | | | | | Buy | 11/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Guggenheim Ocean Tomo Growth (X) | | | | | Redeemed | 03/30/12 | J | A | |
| 87. -Guggenheim S&P500 Pure Growth (RPG) | | | | | Buy | 11/08/12 | J | | |
| 88. -Invesco Small Companies Y (ATIYX) (X) | | | | | Sold | 05/15/12 | J | A | |
| 89. -ISHARES FTSE NAREIT RESIDENT (X) | | | | | | | | | |
| 90. -iShares Gold Trust (IAU) | | | | | Buy | 11/08/12 | J | | |
| 91. -iShares Silver Trust (SLV) (X) | | | | | Sold | 05/15/12 | J | A | |
| 92. -iShares iBoxx Investment Grade Corp Bond (LQD) | | | | | Buy | 06/05/12 | K | | |
| 93. | | | | | Sold (part) | 11/08/12 | J | A | |
| 94. -Iva International A (IVIOX) (X) | | | | | Sold | 05/15/12 | J | | |
| 95. -Ivy Asset Strategy I (IVAEX) (X) | | | | | Sold | 05/15/12 | J | B | |
| 96. -Jp Morgan Hibrg Dyn Comm Strt (HDCSX) (X) | | | | | Sold | 05/15/12 | J | | |
| 97. -WESTERN ASSET MANAGED MUNI I (X) | | | | | Sold (part) | 01/06/12 | J | A | |
| 98. -Loomis Sayles Bond Inst LSBDX (X) | | | | | Sold | 11/08/12 | K | D | |
| 99. -Loomis Sayles Strategic Income (NEZYX) | | | | | Buy | 11/08/12 | K | | |
| 100. -Mainstay High Yield Opport I (X) | | | | | Sold | 05/16/12 | J | | |
| 101. -METROPOLITAN WEST TOT RET BD I (X) | | | | | | | | | |
| 102. -Mkt Vectors Mortgage REIT ETF (MORT) | | | | | Buy | 11/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Pimco Emerging Mkts Bd P PEMPX (X) | | | | | Sold | 05/16/12 | J | A | |
| 104. -Pimco Total Return (PTTPX) | | | | | Buy | 11/08/12 | J | | |
| 105. -Prudential Jennison Nat Res Z PNRZX (X) | | | | | Sold (part) | 01/24/12 | J | | |
| 106. | | | | | Sold | 05/15/12 | J | | |
| 107. -PRUDENTIAL TOTAL RETURN BD Z (X) | | | | | | | | | |
| 108. -Royce Premier Service RPFFX (X) | | | | | Sold | 05/15/12 | J | | |
| 109. -SPDR Barclays Capital High Yield (JNK) | | | | | Buy | 06/05/12 | K | | |
| 110. -SPDR Gold Trust Gold Shares (GLD) (X) | | | | | Sold | 05/15/12 | J | B | |
| 111. -TCW Emerging Market Income (TGEIX) | | | | | Buy | 11/08/12 | K | | |
| 112. -Templeton Global Bd Fd Adv TGBAX (X) | | | | | Sold | 05/16/12 | K | B | |
| 113. -UBS E-Tracs Alerian MLP Infrastructure ETN MLPI (X) | | | | | Sold | 05/15/12 | J | | |
| 114. -Virtus Emerging Markets (HIEMX) (X) | | | | | Sold | 05/15/12 | K | A | |
| 115. | | | | | Buy | 11/08/12 | K | | |
| 116. "(H) Trust #3 S&S 651 Opened " | C | Int./Div. | N | T | | | | | |
| 117. -MORGAN STANLEY BANK N.A. (X) | | | | | | | | | |
| 118. -ABBOTT LABORATORIES (X) | | | | | | | | | |
| 119. -ALGER SPECTRA A | | | | | Buy | 11/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -BLSCKROCK MUNIYLD ARIZ FD INC | | | | | Buy | 10/25/12 | K | | |
| 121. -CENTER COAST MLP FOCUS I | | | | | Buy | 11/09/12 | J | | |
| 122. -CHEVRON CORP (X) | | | | | | | | | |
| 123. -CISCO SYS INC (X) | | | | | | | | | |
| 124. -COCA COLA CO (X) | | | | | | | | | |
| 125. -COLGATE PALMOLIVE CO (X) | | | | | | | | | |
| 126. -COLUMBIA ACORN SELECT Z (X) | | | | | Sold | 11/09/12 | J | | |
| 127. -COLUMBIA INTERM MUNI BOND Z (X) | | | | | Sold | 11/09/12 | K | | |
| 128. -DIGITAL REALTY TRUST INC | | | | | Buy | 11/09/12 | J | | |
| 129. -DOUBLELINE TOTAL RETURN I | | | | | Buy | 10/25/12 | K | | |
| 130. -DU PONT EI DE NEMOURS & CO (X) | | | | | | | | | |
| 131. -EMC CORP MASS (X) | | | | | Sold | 11/09/12 | J | | |
| 132. -EXELON CORP (X) | | | | | Sold | 11/09/12 | J | | |
| 133. -EXXON MOBIL CORP (X) | | | | | | | | | |
| 134. -GENERAL ELECTRIC CO (X) | | | | | Sold | 11/09/12 | J | | |
| 135. -HESS CORPORATION (X) | | | | | Sold | 10/25/12 | J | | |
| 136. -ISHARES GOLD TRUST | | | | | Buy | 11/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -ISHARES IBOXX INVEST GR COR FD | | | | | Buy | 11/09/12 | J | | |
| 138. -JOHNSON & JOHNSON (X) | | | | | | | | | |
| 139. -KELLOGG CO (X) | | | | | Sold | 10/25/12 | J | | |
| 140. -LAZARD EMERGING MARKETS I (X) | | | | | Sold | 11/09/12 | J | | |
| 141. -LOOMIS SAYLES STRATEGIC INC | | | | | Buy | 11/09/12 | K | | |
| 142. -MC DONALDS CORP (X) | | | | | | | | | |
| 143. -MICROSOFT CORP (X) | | | | | | | | | |
| 144. -MKT VECTORS MTGE REIT INC ETF | | | | | Buy | 10/25/12 | K | | |
| 145. -NIKE INC B (X) | | | | | | | | | |
| 146. -PEPSICO INC NC (X) | | | | | | | | | |
| 147. -PFIZER INC (X) | | | | | | | | | |
| 148. -POWERSHARES WATER RES PTF (X) | | | | | Sold | 11/09/12 | J | | |
| 149. -PROCTER & GAMBLE (X) | | | | | | | | | |
| 150. -QUALCOMM INC (X) | | | | | | | | | |
| 151. -STARWOOD HTLS & RSTS WW INC (X) | | | | | | | | | |
| 152. -STATE STREET CORP (X) | | | | | Sold | 11/09/12 | J | | |
| 153. -TAIWAN SMCNDCTR MFG CO LTD ADR (X) | | | | | Sold | 11/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -TCW EMERG MKTS INCOME I | | | | | Buy | 10/25/12 | K | | |
| 155.  -U S BANCORP COM NEW (X) | | | | | | | | | |
| 156.  -UNITED TECHNOLOGIES CORP (X) | | | | | | | | | |
| 157.  -UNITEDHEALTH GP INC (X) | | | | | | | | | |
| 158.  -VERIZON COMMUNICATIONS (X) | | | | | | | | | |
| 159.  -VIRTUS INSIGHT EMERG MKTS I | | | | | Buy | 11/09/12 | J | | |
| 160.  -WELLS FARGO & CO NEW (X) | | | | | | | | | |
| 161.  (H) IRA #1 A RO | E | Int./Div. | O | T | | | | | |
| 162.  -MORGAN STANLEY BANK N.A. (X) | | | | | | | | | |
| 163.  -ASTON/MONTAG&CALDWELL GRW I | | | | | Sold | 05/16/12 | K | B | |
| 164.  -CENTER COAST MLP FOCUS I | | | | | Buy | 11/08/12 | K | | |
| 165.  -DELAWARE DIVERSIFIED INC A | | | | | Sold | 05/15/12 | K | | |
| 166.  -DIGITAL REALTY TRUST INC | | | | | Buy | 11/08/12 | J | | |
| 167.  -DOUBLELINE TOTAL RETURN I | | | | | Buy | 06/05/12 | K | | |
| 168. | | | | | Buy (add'l) | 11/08/12 | K | | |
| 169.  -DWS RREEF GLB INFRASTRC S (X) | | | | | Sold | 05/15/12 | J | A | |
| 170.  -FEDERATED STRAT VAL DIV INST (X) | | | | | Sold | 05/16/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 11/08/12 | K | | |
| 172. -FIRST TRUST ISE GBL COPPER FD | | | | | Sold | 05/15/12 | J | | |
| 173. -GUGGENHEIM DEFENSIVE EQUITY ET | | | | | Buy | 05/16/12 | K | | |
| 174. | | | | | Sold (part) | 11/08/12 | K | B | |
| 175. -GUGGENHEIM MID-CAP CORE ETF | | | | | Buy | 11/08/12 | J | | |
| 176. -GUGGENHEIM OCEAN TOMO GROWTH FINAL LIQUIDATION (X) | | | | | Redeemed | 03/30/12 | K | B | |
| 177. -GUGGENHEIM S&P 500 PURE GRW | | | | | Buy | 11/08/12 | K | | |
| 178. -INVESCO SMALL COMPANIES Y (X) | | | | | Sold | 05/15/12 | J | A | |
| 179. -ISHARE SILVER TRUST | | | | | Sold | 05/15/12 | J | A | |
| 180. -ISHARES FTSE NAREIT RESIDENT | | | | | Buy | 11/08/12 | J | | |
| 181. -ISHARES GOLD TRUST | | | | | Buy | 11/08/12 | K | | |
| 182. -ISHARES IBOXX INVEST GR COR FD | | | | | Buy | 06/05/12 | L | | |
| 183. | | | | | Sold (part) | 11/08/12 | J | A | |
| 184. -IVA INTERNATIONAL A (X) | | | | | Sold | 05/15/12 | J | | |
| 185. -JP MORGAN HIBRG DYN COMM STRT (X) | | | | | Sold | 05/15/12 | J | | |
| 186. -LOOMIS SAYLES STRATEGIC INC | | | | | Sold | 05/16/12 | K | C | |
| 187. | | | | | Buy | 11/08/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -MAINSTAY FLOATING RATE I | | | | | Buy | 11/08/12 | K | | |
| 189.  -MAINSTAY HIGH YIELD OPPORT I | | | | | Sold | 05/15/12 | J | | |
| 190.  -METROPOLITAN WEST TOT RET BD I | | | | | | | | | |
| 191.  -MKT VECTORS MTGE REIT INC ETF | | | | | Buy | 11/08/12 | K | | |
| 192.  -PIMCO EMERGING MKTS BD P | | | | | Sold | 05/16/12 | J | A | |
| 193.  -PIMCO TOTAL RETURN P | | | | | Buy (add'l) | 11/08/12 | K | | |
| 194.  -PRUDENTIAL JENNISON NAT RES Z | | | | | Sold | 05/15/12 | J | | |
| 195.  -PRUDENTIAL TOTAL RETURN BD Z (X) | | | | | Sold (part) | 11/08/12 | J | A | |
| 196.  -ROYCE PREMIER SERVICE (X) | | | | | Sold | 05/15/12 | J | A | |
| 197.  -SPDR GOLD TR GOLD SHS | | | | | Sold | 05/15/12 | J | C | |
| 198. | | | | | Buy | 06/05/12 | J | | |
| 199. | | | | | Sold | 11/08/12 | J | A | |
| 200.  -TCW EMERG MKTS INCOME I | | | | | Buy | 11/08/12 | K | | |
| 201.  -TEMPLETON GLOBAL BD FD ADV | | | | | Sold | 05/16/12 | K | A | |
| 202.  -UBS E-TRACS ALERIAN MLP INFRASTRUCTURE ETN (X) | | | | | Sold | 05/15/12 | J | A | |
| 203.  -VIRTUS INSIGHT EMERG MKTS I (X) | | | | | Sold | 05/15/12 | K | A | |
| 204. | | | | | Buy | 11/08/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -ALLIANZ NFJ SMALL CAP VALUE P (Y) | | | | | | | | | |
| 206. -BLACKROCK GLOBAL ALLOCATION A (Y) | | | | | | | | | |
| 207. -HARTFORD GLB REAL ASSET I (Y) | | | | | | | | | |
| 208. -IVY ASSET STRATEGY A (Y) | | | | | | | | | |
| 209. -MARKET VECTORS AGRIBUS ETF (Y) | | | | | | | | | |
| 210. -OPPENHEIMER DEVELOPING MKTS A (Y) | | | | | | | | | |
| 211. -PARNASSUS EQUITY INC (Y) | | | | | | | | | |
| 212. -POWERSHARES DB AGRICULTURE FD (Y) | | | | | | | | | |
| 213. -ROYCE 100 FUND SERV (Y) | | | | | | | | | |
| 214. -THIRD AVE FOCUSED CREDIT INV (Y) | | | | | | | | | |
| 215. -THIRD AVE REAL ESTATE VAL INST (Y) | | | | | | | | | |
| 216. -THORNBURG INTL VALUE I (Y) | | | | | | | | | |
| 217. -WISDOMTREE TR EMG MKTS SMCAP (Y) | | | | | | | | | |
| 218. (H) IRA #2 A Annty | A | Int./Div. | N | T | | | | | |
| 219. -John Hancock Venture Annuity Lifestyle Moderate Fund | | | | | | | | | |
| 220. -Corporate Prop Assoc 15 REIT | | | | | | | | | |
| 221. (H) IRA #3 S | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 223. -ASTON/MONTAG&CALDWELL GRW I | | | | | Sold | 05/16/12 | J | A | |
| 224. -CENTER COAST MLP FOCUS I | | | | | Buy | 11/08/12 | J | | |
| 225. -DELAWARE DIVERSIFIED INC A | | | | | Sold | 05/15/12 | J | A | |
| 226. -DIGITAL REALTY TRUST INC | | | | | Buy | 11/08/12 | J | | |
| 227. -DOUBLELINE TOTAL RETURN I | | | | | Buy | 06/05/12 | J | | |
| 228. | | | | | Sold (part) | 11/08/12 | J | A | |
| 229. -DWS RREEF GLB INFRASTRC S (X) | | | | | Sold | 05/15/12 | J | A | |
| 230. -FEDERATED STRAT VAL DIV INST (X) | | | | | Sold | 05/16/12 | J | A | |
| 231. | | | | | Buy | 11/08/12 | J | | |
| 232. -GUGGENHEIM DEFENSIVE EQUITY ET (X) | | | | | Sold | 05/16/12 | J | A | |
| 233. -GUGGENHEIM MID-CAP CORE ETF | | | | | Buy | 11/08/12 | J | | |
| 234. -GUGGENHEIM OCEAN TOMO GROWTH FINAL LIQUIDATION (X) | | | | | Redeemed | 03/30/12 | J | A | |
| 235. -GUGGENHEIM S&P 500 PURE GRW | | | | | Buy | 11/08/12 | J | | |
| 236. -ISHARES FTSE NAREIT RESIDENT (X) | | | | | | | | | |
| 237. -ISHARES IBOXX INVEST GR COR FD | | | | | Buy | 06/05/12 | K | | |
| 238. | | | | | Sold (part) | 11/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -IVA INTERNATIONAL A | | | | | Sold | 05/15/12 | J | | |
| 240. -JP MORGAN HIBRG DYN COMM STRT (X) | | | | | Sold | 05/15/12 | J | | |
| 241. -LOOMIS SAYLES STRATEGIC INC | | | | | Sold | 05/16/12 | J | A | |
| 242. | | | | | Buy | 11/08/12 | J | | |
| 243. -MAINSTAY FLOATING RATE I (X) | | | | | Sold (part) | 11/08/12 | J | A | |
| 244. -MAINSTAY HIGH YIELD OPPORT I | | | | | Sold | 05/15/12 | J | | |
| 245. -METROPOLITAN WST TOT RET BD M | | | | | | | | | |
| 246. -MKT VECTORS MTGE REIT INC ETF | | | | | Buy | 11/08/12 | J | | |
| 247. -PIMCO EMERGING MKTS BD P | | | | | Sold | 05/16/12 | J | A | |
| 248. -PIMCO TOTAL RETURN P | | | | | | | | | |
| 249. -PRUDENTIAL TOTAL RETURN BD Z (X) | | | | | | | | | |
| 250. -ROYCE PREMIER SERVICE (X) | | | | | Sold | 05/15/12 | J | A | |
| 251. -SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Buy | 06/05/12 | J | | |
| 252. -SPDR GOLD TR GOLD SHS | | | | | Sold | 05/15/12 | J | A | |
| 253. | | | | | Buy | 06/05/12 | J | | |
| 254. -TCW EMERG MKTS INCOME I | | | | | Buy | 11/08/12 | J | | |
| 255. -TEMPLETON GLOBAL BD FD ADV | | | | | Sold | 05/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -UBS E-TRACS ALERIAN MLP INFRASTRUCTURE ETN (X) | | | | | Sold | 05/15/12 | J | A | |
| 257. -VIRTUS INSIGHT EMERG MKTS I (X) | | | | | Sold (part) | 05/15/12 | J | A | |
| 258. -PRUDENTIAL JENNISON NAT RES Z (Y) | | | | | | | | | |
| 259. -ALLIANZ NFJ SMALL CAP VALUE P (Y) | | | | | | | | | |
| 260. -BLACKROCK GLOBAL ALLOCATION A (Y) | | | | | | | | | |
| 261. -COLUMBIA VALUE & RESTRUCT A (Y) | | | | | | | | | |
| 262. -FIRST TRUST ISE GBL COPPER FD (Y) | | | | | | | | | |
| 263. -HARTFORD GLB REAL ASSET I (Y) | | | | | | | | | |
| 264. -IVY ASSET STRATEGY A (Y) | | | | | | | | | |
| 265. -OPPENHEIMER DEVELOPING MKTS A (Y) | | | | | | | | | |
| 266. -PARNASSUS EQUITY INC (Y) | | | | | | | | | |
| 267. -PIMCO UNCONSTRAINED BOND P (Y) | | | | | | | | | |
| 268. -ROYCE 100 FUND SERV (Y) | | | | | | | | | |
| 269. -THIRD AVE FOCUSED CREDIT INV (Y) | | | | | | | | | |
| 270. -THIRD AVE REAL ESTATE VAL INST (Y) | | | | | | | | | |
| 271. -THORNBURG INTL VALUE I (Y)NBR (Y) | | | | | | | | | |
| 272. -WISDOMTREE TR EMG MKTS SMCAP (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  (H) IRA #4 A Inh | A | Int./Div. | K | T | | | | | |
| 274.  -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 275.  -ASTON/MONTAG&CALDWELL GRW I | | | | | Sold | 05/16/12 | J | A | |
| 276.  -BLACKROCK EQUITY DIVIDEND I | | | | | Sold | 05/16/12 | J | A | |
| 277.  -DOUBLELINE TOTAL RETURN I | | | | | Buy | 06/05/12 | J | | |
| 278.  -FEDERATED STRAT VAL DIV INST | | | | | Buy | 11/09/12 | J | | |
| 279.  -GUGGENHEIM S&P 500 PURE GRW | | | | | Buy | 11/09/12 | J | | |
| 280.  -ING GLOBAL REAL ESTATE FD I | | | | | Sold | 05/16/12 | J | A | |
| 281.  -ISHARES FTSE NAREIT RESIDENT | | | | | Buy | 06/05/12 | J | | |
| 282.  -ISHARES IBOXX INVEST GR COR FD | | | | | Buy | 06/05/12 | J | | |
| 283.  -LAZARD EMERGING MARKETS I | | | | | Sold | 05/16/12 | J | | |
| 284.  -LOOMIS SAYLES BOND INST | | | | | Sold | 11/09/12 | J | A | |
| 285.  -LOOMIS SAYLES STRATEGIC INC | | | | | Buy | 11/09/12 | J | | |
| 286.  -METROPOLITAN WST TOT RET BD M | | | | | | | | | |
| 287.  -MKT VECTORS MTGE REIT INC ETF | | | | | Buy | 11/09/12 | J | | |
| 288.  -NUVEEN TRADEWINDS VAL OPPORT I | | | | | Sold | 05/16/12 | J | | |
| 289.  -PIMCO TOTAL RETURN P | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -PIONEER CULLEN VALUE | | | | | Sold | 05/16/12 | J | A | |
| 291. -PRUDENTIAL JENNISON NAT RES Z | | | | | Sold | 05/16/12 | J | | |
| 292. -PRUDENTIAL TOTAL RETURN BD Z | | | | | Buy | 11/09/12 | J | | |
| 293. -ROYCE VALUE INV | | | | | Sold | 05/16/12 | J | A | |
| 294. -SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Buy | 06/05/12 | J | | |
| 295. -T ROWE PRICE HIGH YLD ADV | | | | | Sold | 05/16/12 | J | A | |
| 296. -TCW EMERG MKTS INCOME I | | | | | Buy | 11/09/12 | J | | |
| 297. -TEMPLETON GLOBAL BD FD ADV | | | | | Sold | 05/16/12 | J | A | |
| 298. -THORNBURG INTL VALUE I | | | | | Sold | 05/16/12 | J | A | |
| 299. -VIRTUS INSIGHT EMERG MKTS I | | | | | Buy | 11/09/12 | J | | |
| 300. (H) IRA #5 ___ Closed | | | | | | | | | |
| 301. -Fidelity Contrafund ___ (Y) | | | | | | | | | |
| 302. -Neuberger Berma High Income Bond Fund (Y) | | | | | | | | | |
| 303. -T Rowe Price Micap Group Advantage Fund (Y) | | | | | | | | | |
| 304. -PIMCO Total Return Fund (Y) | | | | | | | | | |
| 305. -American Funds capital World Group Income fund (Y) | | | | | | | | | |
| 306. -American Century Equity Income Investments (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  (H) IRA #6 S CPA | A | Int./Div. | J | T | | | | | |
| 308.  -Corporate Prop Assoc 15 REIT | | | | | | | | | |
| 309.  -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 310. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 10/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #1

The prior report was the nomination report on 10/31/11. There is a reporting gap of 2 months between that report and the beginning of this report. There was a lot of activity during that period. Trust 1 was separated into Trust 1 and Trust 2. Some of the assets were transferred from this trust #1 to Trust #2. These are marked with a (Y). There were many holdings Sold between 10/31/11 and 1/1/2012. These marked with a (Y). There were some holdings purchased during this period these are marked with an (X).

Trust #2

Trust #2 did not exist on 10/31/11, the date of the nomination report and was opened after the nomination report and before the start of 2012. Part of the assets listed on the Nomination Report as Trust #1 were transferred to this account. None of the 12/31/12 holdings were on the prior report therefore all purchases and transfers in during 10/31/11 to 1/1/12 will have an (X). There are no assets with a (Y) b/c there was no prior report on Trust #2. Holdings without a buy were purchased between 10/31/11 and 12/31/11 and therefore have an (X).

Trust #3

Trust #3 was a new account in 2012 funded with assets from inheritance. All sales, without a prior buy in 2012, are marked with an (X). All sales of inherited assets had negligible gain because they received a stepped-up basis at the date of death.

IRA #1

The prior report was the nomination report on 10/31/11. There is a reporting gap of 2 months between that report and the beginning of this report. Funds purchased between 11/1/11 and 12/31/11 were not on the prior report and are marked with (X). Funds sold during this gap are marked with a (Y). Funds held at the end of the year that were purchased in a prior year are listed without transactions. All 2012 transactions are listed.

IRA #3

The prior report was the nomination report on 10/31/11. There is a reporting gap of 2 months between that report and the beginning of this report. Funds purchased between 11/1/11 and 12/31/11 were not on the prior report and are marked with (X). Funds sold during this gap are marked with a (Y). Funds held at the end of the year that were purchased in a prior year are listed without transactions. First Trust ISE GLobal Copper fund, Royce 100 Fund Serv and Allianz NFJ Small Cap Value Fund were on the prior report and sold in 2012 but not listed as a sale because it was below the reporting requirement of $1,000.

IRA #4

The prior report was the nomination report on 10/31/11. There is a reporting gap of 2 months between that report and the beginning of this report. Funds purchased between 11/1/11 and 12/31/11 were not on the prior report and are marked with (X). Funds sold during this gap are marked with a (Y). Funds held at the end of the year that were purchased in a prior year are listed without transactions. There were several transactions in this account which were below the $1,000 minimum required for listing. In 2012 -ISHARES FTSE NAREIT RESIDENT was bought for $1,052 and the transaction was reported. It was partially Sold for $333 which was below the reporting requirement of $1,000. The holding is now below the reporting requirement of $1,000.

IRA #5

IRA #5 (457) reported on the Nomination Report was Closed. The assets were transferred to IRA #1.

IRA #6

IRA #6 was prevously report on the Nomination Report as the second listed IRA #4.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew Hurwitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544